UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, et al.,

Plaintiffs,

vs.

BAILEY WAYSEN, INC.,

Defendant.

NO. C17-1334RSL

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. The above entitled case was filed on September 6, 2017. On January 9, 2018, the Clerk issued an Entry of Default Against Defendant Bailey Waysen, Inc. No documents have been filed since January 9, 2018.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than November 23, 2018. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, November 23, 2018.

DATED this 9th day of November, 2018.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE