UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARPENTERS HEALTH AND SECURITY
TRUST OF WESTERN WASHINGTON,
*et al.*,

           Plaintiffs,

        v.

BAILEY WAYSEN, INC.,

           Defendant.

NO. C17-1334RSL

ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT

      This matter comes before the Court on plaintiffs' "Motion for Entry of Default Judgment." Dkt. # 11. Having reviewed the motion and the supporting materials, the Court finds as follows:

      The default entered in the above-captioned matter on January 9, 2018, established the well-pleaded allegations of the complaint pertaining to liability. Judgment in favor of plaintiffs and against defendant is therefore appropriate. It is hereby **ORDERED** that default judgment be entered against Bailey Waysen, Inc., for the period January 1, 2016, through June 30, 2017, for unpaid contributions of $2,117.76, liquidated damages of $1,686.16, interest of $783.81, and audit fees of $1,080.00. Plaintiffs' requests for attorney's fees of $4,225.50 and costs of $540.00 are granted: those amounts will be added to the judgment.

ORDER DIRECTING ENTRY
OF DEFAULT JUDGMENT - 1

**IT IS FURTHER ORDERED** that the unpaid judgment amount shall accrue interest at the rate of 12% per annum from the date of judgment.

For all of the foregoing reasons, plaintiffs' motion for default judgment (Dkt. # 11) is GRANTED. The Clerk of Court shall enter judgment in favor of plaintiffs and against defendant as described above. The Order to Show Cause issued on November 9, 2018 (Dkt. # 10) is hereby VACATED.

Dated this 29th day of November, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF DEFAULT JUDGMENT - 2